# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

No. 16-30042
Summary Calendar

United States Court of Appeals
Fifth Circuit

**FILED**

October 19, 2016

Lyle W. Cayce
Clerk

KENNETH SPRADLEY,

Plaintiff-Appellant

v.

TODD BARRERE; DONALD JOHNSON; CRAIG WHITE,

Defendants-Appellees

Appeal from the United States District Court
for the Middle District of Louisiana
USDC No. 3:15-CV-653

Before JONES, WIENER, and CLEMENT, Circuit Judges.

PER CURIAM:[*]

Kenneth Spradley, Louisiana prisoner # 101526, appeals the district court's dismissal without prejudice of his 42 U.S.C. § 1983 complaint for failing to comply with the court's order to pay the filing fee. The district court determined that Spradley was barred from proceeding in forma pauperis, pursuant to the three-strikes provision of 28 U.S.C. § 1915(g), and ordered

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

No. 16-30042

Spradley to pay the filing fee within 21 days of the court's order. Spradley did not comply.

We review a district court's dismissal of an action for failure to prosecute or for failure to comply with any court order for abuse of discretion. *McCullough v. Lynaugh*, 835 F.2d 1126, 1127 (5th Cir. 1988). Spradley does not challenge the district court's conclusion that he failed to comply with the court's order to pay the initial filing fee. By failing to brief any argument challenging the district court's reason for dismissal, Spradley has abandoned the issue. *See Yohey v. Collins*, 985 F.2d 222, 224-25 (5th Cir. 1993); *Brinkmann v. Dallas County Deputy Sheriff Abner*, 813 F.2d 744, 748 (5th Cir. 1987). Thus, he has not shown that the district court abused its discretion in dismissing his action without prejudice. *See McCullough*, 835 F.2d at 1127.

The judgment of the district court is AFFIRMED. All outstanding motions are DENIED.